

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**John M. Browning**
(212) 603-6410 tel
(212) 489-8340 fax

jackbrowning@dwt.com

October 2, 2025

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED
SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

10/2/25

Re:   *Willcox v. Marine Layer, Inc.*, No. **1:25-cv-06425-JGK**

Dear Judge Koeltl:

    We represent Defendant Marine Layer, Inc. in the above-referenced action. Pursuant to Your Honor's Individual Practices § I.C, we respectfully request a 30-day extension of time, from October 6, 2025 to November 5, 2025, for Defendant to answer or otherwise respond to the Complaint. Plaintiff consents to this request.

    The parties are exploring the possibility of settlement of this matter and an exchange of informal discovery to facilitate such settlement. The requested extension will allow time for Defendant to collect and produce certain financial information requested by Plaintiff, and for the parties to engage in settlement discussions informed by that information. There have been no previous requests for an extension of this deadline.

    We thank the Court for its attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ John M. Browning*

John M. Browning