

**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**John M. Browning**
(212) 603-6410 tel
(212) 489-8340 fax

jackbrowning@dwt.com

December 3, 2025

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

*Time to respond to the Complaint extended to January 5, 2026. December 11, 2025 conference is canceled. Parties should provide a status report to the Court by January 12, 2026. So ordered.*

Re: ***Willcox v. Marine Layer, Inc.***, No. 1:25-cv-06425-JGK

Dear Judge Koeltl:

*[signed] 6/6 Koeltl U.S.D.J. 12/3/25*

We represent Defendant Marine Layer, Inc. in the above-referenced action. Pursuant to Your Honor's Individual Practices § I.C, we respectfully request a 30-day extension of time, from December 5, 2025 to January 5, 2026, for Defendant to answer or otherwise respond to the Complaint. In addition, we respectfully request that the Court adjourn the initial conference, presently set for December 11, 2025, to a date after January 5, 2026. Plaintiff consents to these requests.

The parties are making progress in negotiating a resolution of this matter but require additional time to achieve a potential settlement. As noted in Defendant's prior letter (Dkt. 14), on October 29, 2025, Defendant made an informal production of financial information requested by Plaintiff. On November 17, Plaintiff substantively responded to that information. On November 25, Defendant produced additional financial information to address certain issues raised by Plaintiff.

Presently, Plaintiff and Defendant require additional time to digest and, if necessary, arrange a videoconference to discuss these financial productions and a potential settlement. The requested extension will facilitate these discussions and conserve the parties' and the Court's resources. There have been two previous requests for an extension of the deadline to answer, which the Court granted (Dkts. 12, 14), and zero previous requests for an adjournment of the initial conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

*/s/ John M. Browning*

John M. Browning

**DWT.COM**