
**Davis Wright Tremaine** LLP

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**John M. Browning**
(212) 603-6410 tel
(212) 489-8340 fax

jackbrowning@dwt.com

January 26, 2026

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED
SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
1/27/26

**Re:**   *Willcox v. Marine Layer, Inc.*, No. 1:25-cv-06425-JGK

Dear Judge Koeltl:

Pursuant to the Court's January 13, 2026 Order (Dkt. 20), Plaintiff Michael Willcox and Defendant Marine Layer, Inc. jointly submit this status report.

The parties have continued to engage in good-faith settlement negotiations but have reached an impasse. While the parties are open to the possibility of resuming settlement negotiations at an appropriate stage in the future, they will now proceed with litigation.

With Plaintiff's consent, Defendant respectfully requests a final, one-week extension of its deadline to answer, move against, or otherwise respond to the Complaint, from January 26 to February 2, 2026. Defendant requires additional time to finalize its response to the Complaint following the close of settlement negotiations. There have been four previous requests for an extension of the deadline to answer, which the Court granted (Dkts. 12, 14, 16, 18).

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ David A. Boag*
David A. Boag
BOAG LAW, PLLC
447 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

*Counsel for Plaintiff Michael Willcox, d/b/a
Mike Willcox Artworks*

*/s/ John M. Browning*
John M. Browning
Raphael Holoszyc-Pimentel
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
(212) 489-8230
jackbrowning@dwt.com
rhp@dwt.com

*Counsel for Defendant Marine Layer, Inc.*