UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL WILLCOX,

                    Plaintiff,              25-cv-6425 (JGK)

          - against -                       ORDER

MARINE LAYER, INC.

                    Defendant.

---

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

**February 28, 2026.**

SO ORDERED.

Dated:    New York, New York
          February 2, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge