**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MICHAEL WILLCOX,**

**Plaintiff,**

**- against -**

**MARINE LAYER, INC.,**

**Defendant.**

**25-cv-6425 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to provide an update on the status of this case by **July 23, 2026**.

**SO ORDERED.**

**Dated: New York, New York**
**July 16, 2026**

**John G. Koeltl**
**United States District Judge**